COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER ON MOTION

Cause number:      01-14-00082-CV

Style:      Mary Lynn Kantara Gerke

     **v.** Jamil James Kantara

Date motion filed[*]:      March 28, 2014 and April 4, 2014

Type of motion:      Motion for Extension of Time to File Appellant's Brief and Supplement to Appellant's

     Motion for Extension of Time to File Appellant's Brief

Party filing motion:      Appellant

Document to be filed:      Appellant's brief

Is appeal accelerated?      No

If motion to extend time:

     Original due date:      N/A

     Number of previous extensions granted:      Current Due date: N/A

     Date Requested:      April 28, 2014

Ordered that motion is:

     ☐      Granted

         If document is to be filed, document due:

         ☐      Absent extraordinary circumstances, the Court will not grant additional motions to extend time

     ☐      Denied

     ☑      Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

     ☐      Other: _____

     Appellant timely requested preparation of a clerk's record and designated additional documents for inclusion in the clerk's record. *See* TEX. R. APP. P. 34.5(a), (b). The clerk's record, filed with this Court on February 26, 2014, omits copies of documents required under rule Texas Rule of Appellate Procedure 34.5(a). Accordingly, the appellate record is not complete, and appellant's brief is not yet due. *See* TEX. R. APP. P. 38.6(a). Appellant's motion and supplement to motion, therefore, are dismissed as moot.

Judge's signature: /s/ <u>Jim Sharp</u>
         ☑ Acting individually      ☐ Acting for the Court

Panel consists of      _____

Date: April 15, 2014